IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA KETTERMAN,              )<br>            Plaintiff,            )<br>                                        )<br>      vs.                              )<br>                                        )<br>AFFILIATES LONG-TERM DISABILITY  )<br>PLAN,                              )<br>            Defendant.          ) | Civil Action No. 08-1542 |

O R D E R

AND NOW, this 21st day of September, 2009, after the plaintiff, Linda Ketterman, filed an action in the above-captioned case, and after cross-motions for summary judgment were submitted by the plaintiff and the defendant, Affiliates Long-Term Disability Plan, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 35), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 24) is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (Docket No. 28) is denied.

                                                        s/ Terrence F. McVerry
                                                        Terrence F. McVerry
                                                        United States District Judge